IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>HENRY SETH BROCK,<br><br>   Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br>Case No. 4:18-CR-18-TS<br><br>District Judge Ted Stewart |

This matter is before the Court on Defendant Henry Seth Brock's Motion for Early Termination of Supervised Release. For the reasons discussed below, the Court will deny the Motion without prejudice.

Defendant pleaded guilty to Tax Evasion, Securities Fraud, and Wire Fraud. He was sentenced to 72 months' custody and 36 months' supervised release on June 4, 2018. Defendant began his term of supervision on January 9, 2023. Defendant now moves the Court for early termination of supervised release.

In his Motion, Defendant states that he has complied with all the terms of his supervised release, including making monthly restitution payments. He further reports that he is providing around-the-clock care for his wife. Consultation with Defendant's supervising officer confirms that Defendant has done well while on supervision and satisfied all conditions. The government objects to early termination due to Defendant owing a large amount of restitution.

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the

1

entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an offender and (2) is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Considering these factors, the Court finds that termination of Defendant's supervised release is not appropriate at this time. While the Court commends Defendant on his progress, the Court believes that an additional period of supervision will be beneficial.

It is therefore

ORDERED that Defendant's Motion for Early Termination of Supervised Release is DENIED without prejudice.

DATED this 22nd day of July, 2025.

BY THE COURT:

_____
Ted Stewart
United States District Judge